JOHN LIBBY  SBN: 128207
MANATT, PHELPS & PHILLPS, LLP
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064
(310) 312-4000

---

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| CITY OF SAN JOSE, ETC., ET AL.<br><br>v.<br><br>WILBUR L. ROSS, JR., ETC., ET AL. | **CASE NUMBER:**<br>5:18-CV-02279-HRL |
| --- | --- |
| | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☒ summons      ☐ first amended complaint      ☐ third party complaint
   ☒ complaint      ☐ second amended complaint      ☐ counter claim
   ☐ alias summons      ☐ third amended complaint      ☐ cross claim
   ☒ other **SEE ATTACHED DOCUMENT LIST**

2. Person served:

   a. ☒ Defendant *(name:)* **WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE**

   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   **KATHY TERRY - SUPERVISOR LEGAL**

   c. ☒ Address where the papers were served: **450 GOLDEN GATE AVENUE
   SAN FRANCISCO, CA 94102**

3. Manner of Service in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on *(date)*: 04/18/2018 at *(time)*: 12:00 pm

   b. ☐ By Substituted Service. By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ Papers were served on *(date)*: at *(time)*:

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

---

**Nationwide Legal, LLC (12-234648)**
859 Harrison St., STE A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

**CASE #:**   5:18-CV-02279-HRL                    **DATE:** April 23, 2018

**CASE NAME:**   CITY OF SAN JOSE, ETC., ET AL. VS. WILBUR L. ROSS, JR., ETC., ET AL.

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES**

**STANDING ORDER RE: INITIAL CASE MANAGEMENT**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**STANDING ORDER RE: CIVIL DISCOVERY DISPUTES**

**STANDING ORDER RE: PRETRIAL PREPARATION**

OrderD: 3433509JC/DocAll2010

d. ☐ Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. ☐ Service on a foreign corporation. In any manner prescribed for individuals by FRCP 4(f)

g. ☐ Certified or registered mail service. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ Other  (specify code section and type of service):

5. Service upon the United States, and its Agencies, Corporations or Officers.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):*   at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation(Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

ᴺᴬᵀᴵᴼᴺᵂᴵᴰᴱ **ALLAN MENDIETA**
Nationwide Legal, LLC (12-234648)
859 Harrison St., STE A
San Francisco, CA 94107
(415) 351-0400

a. Fee for service: $ .00

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
Registration # :1018
County: **SAN FRANCISCO**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 23, 2018       _____**ALLAN MENDIETA**_____        _____
                                    *Type or Print Server's Name*                              *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

1 | MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
2 | E-mail: jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
3 | E-mail: jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
4 | E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
5 | Los Angeles, California 90064
Telephone: (310) 312-4000
6 | Facsimile: (310) 312-4224

7 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
KRISTEN CLARKE (Pro Hac Vice Application Forthcoming)
8 | Email: kclarke@lawyerscommittee.org
JON M. GREENBAUM (Bar No. CA 166733)
9 | E-mail: jgreenbaum@lawyerscommittee.org
EZRA D. ROSENBERG (*Pro Hac Vice* Application Forthcoming)
10 | E-mail: erosenberg@lawyerscommittee.org
DORIAN L. SPENCE (*Pro Hac Vice* Application Forthcoming)
11 | E-mail: dspence@lawyerscommittee.org
1401 New York Avenue NW, Suite 400
12 | Washington, DC 20005
Telephone: (202) 662-8600
13 | Facsimile: (202) 783-0857

14 | PUBLIC COUNSEL
MARK ROSENBAUM (Bar No. CA 59940)
15 | Email: mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
16 | Los Angeles, California 90005
Telephone: (213) 385-2977
17 | Facsimile: (213) 385-9089

18 | *Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST
19 | IMMIGRATION

20

21

**IN THE UNITED STATES DISTRICT COURT**

22

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

23

**SAN JOSE DIVISION**

24

25 | CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation, | Case No. 5:18-cv-02279

26 | | **AFFIDAVIT OF RORY E. ADAMS**

27

Plaintiffs,

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**AFFIDAVIT OF RORY E. ADAMS**

vs.

WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,

Defendants.

## AFFIDAVIT OF RORY E. ADAMS

Personally appeared before me, the undersigned officer, duly authorized by law to administer oaths, Rory E. Adams, who, having been duly sworn, deposes and states the following:

1.      I am an attorney at law, duly authorized and licensed to practice in the District of Columbia.  I am an associate at Manatt, Phelps & Phillips, LLP, counsel for the City of San Jose and the Black Alliance for Just Immigration.  I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.      On April 18, 2018, I mailed by certified mail copies of the Complaint, its exhibits, and the civil cover sheet (Dkt. No. 1), the Initial Case Management Scheduling Order with ADR Deadlines (Dkt. No. 8), the Summonses issued as to Wilber L. Ross, the United States Department of Commerce, Ron Jarmin, and the United States Census Bureau (Dkt Nos. 9-12), the Court's Standing Order Regarding Case Management in Civil Cases, and the Court's Standing Order Regarding Initial Case Management to the following:

      a.  Hon. Jeffrey Sessions
         Attorney General of the United States
         U.S. Department of Justice
         950 Pennsylvania Avenue NW
         Washington, DC 20530,

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**AFFIDAVIT OF RORY E. ADAMS**

b. Mr. Peter B. Davidson
   U.S. Department of Commerce
   Office of the General Counsel
   1401 Constitution Avenue NW
   Washington, DC 20230,

c. Hon. Wilbur L. Ross
   Secretary of the U.S. Department of Commerce
   1401 Constitution Avenue NW
   Washington, DC 20230, and

d. Mr. Ron Jarmin
   Acting Director, U.S. Census Bureau
   4600 Silver Hill Road
   Suitland, MD 20746

Further affiant sayeth naught.

Dated: April 18, 2018

_____
Rory E. Adams

District of Columbia    )
                        ) s.s.:
Washington              )

Subscribed and sworn before me on this 18th day of April 2018 by Rory E. Adams, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public Signature

My commission expires: 12/14/2019.

Notary Public Seal

204485800.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

**AFFIDAVIT OF RORY E. ADAMS**