# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## EZRA DAVID ROSENBERG

was, on the __2nd__ day of _____April_____ A.D. __2012__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __6th__ day of ____December____ A.D. __2017__.



**ANGELA D. CAESAR, CLERK**

By: _____
**Public Operations Administrator**