# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

STATE OF CALIFORNIA,

        Plaintiffs,

    vs.

WILBUR L. ROSS, JR., *et al.*,

        Defendants.

-----------------------------------------------------

CITY OF SAN JOSE, *et al.*,

        Plaintiffs,

    vs.

WILBUR L. ROSS, JR., *et al.*,

        Defendants.

Case Nos. 3:18-cv-01865-RS,
3:18-cv-2279-RS

[~~PROPOS~~ED] ORDER

Upon consideration of the motion of current members of Congress and bipartisan former members of Congress for leave to file an *amici curiae* brief in support of plaintiffs, it is hereby ORDERED that the motion is GRANTED.

Dated: 7/19/18

Honorable Richard Seeborg
United States District Judge