1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10   STATE OF CALIFORNIA, et al.,              Case Nos.  18-cv-01865-RS;

11                Plaintiffs,                              18-cv-2279-RS

12         v.

13   WILBUR ROSS, et al.,

14                Defendants.

15   ----------------------------------------------------   **ORDER GRANTING REQUEST TO**
     CITY OF SAN JOSE, et al.,                **CONDUCT DISCOVERY OUTSIDE**
16                                            **THE ADMINISTRATIVE RECORD**
                 Plaintiffs,
17
           v.
18
     WILBUR ROSS, et al.,
19
                 Defendants.
20

21

22         As discussed at the hearing on defendants' motions to dismiss, plaintiffs' request to

23   conduct discovery outside the administrative record is granted. Discovery shall be subject to the

24   limitations set out in Judge Furman's July 5, 2018, discovery order issued in the New York action,

25   attached as Exhibit A to plaintiffs' Joint Report on Coordination of Discovery (Dkt. No. 70 in 18-

26   cv-1865; Dkt. No. 79 in 18-cv-2279). Plaintiffs represent that discovery will be taken in

27   accordance with coordinated procedures established by counsel among the several census

28

United States District Court
Northern District of California

1    challenge cases proceeding in other districts, but that plaintiffs in these related matters do not

2    waive their right to seek discovery not contemplated by New York plaintiffs.

3    **IT IS SO ORDERED**.

4

5    Dated: August 17, 2018

6

7    _____
     RICHARD SEEBORG
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

ORDER GRANTING REQUEST TO CONDUCT DISCOVERY
CASE NO. 18-cv-01865-RS