MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail: jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail: jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
KRISTEN CLARKE (*Pro Hac Vice* Application Forthcoming)
Email: kclarke@lawyerscommittee.org
JON M. GREENBAUM (Bar No. CA 166733)
E-mail: jgreenbaum@lawyerscommittee.org
EZRA D. ROSENBERG (Admitted *Pro Hac Vice*)
E-mail: erosenberg@lawyerscommittee.org
DORIAN L. SPENCE (Admitted *Pro Hac Vice*)
E-mail: dspence@lawyerscommittee.org
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

*[Additional Counsel Listed on Signature Page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California nonprofit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU, <br><br> Defendants. | Case No. 3:18-cv-2279-RS <br><br> **STIPULATION TO CASE SCHEDULE AND [PROPOSED] ORDER** AS MODIFIED BY THE COURT <br><br> Dept.: 3 <br> Judge: Hon. Richard G. Seeborg <br><br> Trial Date: January 7, 2019 <br> Action Filed: April 17, 2018 |

Plaintiffs City of San Jose and Black Alliance for Just Immigration ("Plaintiffs") and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate as follows:

Based on the agreement of the Parties as approved by the Court, and pursuant to the Court's request at the August 10, 2018 hearing, the following is the schedule for the above-captioned case.

- Defendants' responses to Plaintiffs' requests for production of documents were served on **August 24, 2018**. Subject to approval by the Court, the Parties have agreed to extend the due date for Defendants to serve their initial disclosures from August 24, 2018, to **August 31, 2018**.
- The Parties shall designate expert witnesses by **September 19, 2018**.
- The Parties shall designate rebuttal witnesses by **October 3, 2018**.
- Discovery shall close on **October 11, 2018**.
- Any dispositive motions shall be heard on or before **December 7, 2018**.
- A joint pretrial conference shall be held on **January 3, 2019**.
- Trial shall begin on **January 7, 2019**.

**IT IS SO STIPULATED.**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER– CASE NO. 3:18-cv-2279-RS**

Respectfully submitted,

Dated: August 29, 2018 **MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ John F. Libby*

John F. Libby
John W. McGuinness
Emil Petrossian
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089
E-mail: mrosenbaum@publiccounsel.org

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Dated: August 29, 2018 |
| 2 | |

Dated: August 29, 2018

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Carol Federighi*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 514-9230
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER– CASE NO. 3:18-cv-2279-RS**

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: August 29, 2018

*/s/ John F. Libby*
JOHN F. LIBBY

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER– CASE NO. 3:18-cv-2279-RS**

# ORDER

Based on the Parties' Stipulation to Case Schedule, the schedule for the above-captioned case shall be as follows:

- Defendants' responses to Plaintiffs' requests for production of documents were due (and were served) on **August 24, 2018**. Defendants' initial disclosures shall be due on **August 31, 2018**.

- The Parties shall designate expert witnesses by **September 19, 2018**.

- The Parties shall designate rebuttal witnesses by **October 3, 2018**.

- Discovery shall close on **October 11, 2018**.

- Any dispositive motions shall be heard on or before **December 7, 2018**.

- A joint pretrial conference shall be held on **January 2, 2019**.

- Trial shall begin on **January 7, 2019**.

**IT IS SO ORDERED.**

DATED: 8/30/18

HON. RICHARD SEEBORG
United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER– CASE NO. 3:18-cv-2279-RS**