| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | JOHN F. LIBBY (Bar No. CA 128207) |
| 2 | E-mail: jlibby@manatt.com |
| | JOHN W. MCGUINNESS (Bar No. CA 277322) |
| 3 | E-mail: jmcguinness@manatt.com |
| | EMIL PETROSSIAN (Bar No. CA 264222) |
| 4 | E-mail: epetrossian@manatt.com |
| | 11355 West Olympic Boulevard |
| 5 | Los Angeles, California 90064 |
| | Telephone: (310) 312-4000 |
| 6 | Facsimile: (310) 312-4224 |
| 7 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW |
| | KRISTEN CLARKE (*Pro Hac Vice* Application Forthcoming) |
| 8 | E-mail: kclarke@lawyerscommittee.org |
| | JON M. GREENBAUM (Bar No. CA 166733) |
| 9 | E-mail: jgreenbaum@lawyerscommittee.org |
| | EZRA D. ROSENBERG (Admitted *Pro Hac Vice*) |
| 10 | E-mail: erosenberg@lawyerscommittee.org |
| | DORIAN L. SPENCE (Admitted *Pro Hac Vice*) |
| 11 | E-mail: dspence@lawyerscommittee.org |
| | 1401 New York Avenue NW, Suite 400 |
| 12 | Washington, DC 20005 |
| | Telephone: (202) 662-8600 |
| 13 | Facsimile: (202) 783-0857 |

*[Additional Counsel Listed Below]*

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California nonprofit corporation, | Case No. 3:18-cv-2279-RS |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiffs, | |
| vs. | Date:         December 7, 2018 |
| | Time:         10:00 a.m. |
| WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU, | Dept:         3 |
| | Judge:        The Hon. Richard Seeborg |
| | Trial Date:   January 7, 2019 |
| Defendants. | |

**[PROPOSED] ORDER**

The motion of Plaintiffs City of San Jose and Black Immigrants for Just Immigration ("Plaintiffs") for partial summary judgment on Count Three and Count Four of the Complaint came on for hearing before this Court on December 7, 2018 at 10:00 a.m., the Honorable Richard Seeborg presiding. All parties appeared as indicated in the record.

After considering the moving, opposing, and reply papers, the evidence submitted by the parties in support of and in opposition to the motion, all matters upon which the Court may take judicial notice, and the arguments of counsel,

IT IS HEREBY ORDERED THAT Plaintiffs' motion for partial summary judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HON. RICHARD SEEBORG
United States District Judge

*Additional Counsel for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

**PUBLIC COUNSEL**
MARK ROSENBAUM (Bar No. CA 59940)
Email:  mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

**CITY OF SAN JOSE**
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov