JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
MARSHA STELSON EDNEY
Senior Trial Counsel
KATE BAILEY
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel.: (202) 514-4520
Email: marsha.edney@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Civil Action No. 3:18-cv-01865-RS and <br> Civil Action No. 3:18-cv-02279-RS <br><br><br> **NOTICE OF APPEARANCE** |
| City of San Jose, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | |

TO: Clerk of Court
United States District Court
Northern District of California

The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: December 28, 2018            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

*/s/ Carlotta P. Wells*
CARLOTTA P. WELLS
Assistant Branch Director
United States Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20530
Tel.:  (202) 514-4522
Email:  carlotta.wells@usdoj.gov

NOTICE OF APPEARANCE– Nos. 3:18-cv-01865-RS and 3:18-cv-02279-RS