
XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>WILBUR L. ROSS, et al.,<br><br>   Defendants.<br>------------------------------------------------------<br>CITY OF SAN JOSE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>WILBUR L. ROSS, et al.,<br><br>   Defendants. | Case No.   18-cv-01865-RS<br><br>18-cv-02279-RS<br><br>**NOTICE OF PROCEEDINGS IN RELATED ACTION** |

1  The plaintiffs in the above-captioned cases respectfully provide notice to the Court of proceedings in the related action of *State of New York v. U.S. Department of Commerce*, 18-CV-2921 in the United States Court for the Southern District of New York (New York action).

On May 30, 2019, certain plaintiffs in the New York action filed in the district court a request for an order to show cause whether sanctions or other appropriate relief are warranted in light of new evidence contradicting sworn deposition testimony in that case. *See* Exhibit A. The depositions at issue were jointly noticed and taken by the plaintiffs in this case in accordance with this Court's order to coordinate discovery among the related census cases. *See* ECF Nos. 76 (Order to coordinate discovery); *see also* ECF Nos. 224 in the New York action (Order affirming multi-case plaintiffs' discovery plan).

Dated:  May 30, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
R. MATTHEW WISE
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY
Deputy Attorneys General

*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  May 30, 2019

*/s/ Charles L. Coleman*
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  May 30, 2019 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 3 | | */s/ Valerie Flores*<br>VALERIE FLORES, SBN 138572 |
| 4 | | Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140 |
| 5 | | Los Angeles, CA  90012<br>Telephone: (213) 978-8130 |
| 6 | | Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| 7 | | |
| 8 | Dated:  May 30, 2019 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 9 | | |
| 10 | | */s/ Harvey Levine*<br>SBN 61880 |
| 11 | | 3300 Capitol Ave.<br>Fremont, CA 94538 |
| 12 | | Telephone: (510) 284-4030<br>Fax: (510) 284-4031 |
| 13 | | Email: hlevine@fremont.gov |
| 14 | Dated:  May 30, 2019 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 15 | | |
| 16 | | */s/ Charles Parkin*<br>SBN 159162 |
| 17 | | 333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802 |
| 18 | | Telephone: (562) 570-2200<br>Fax: (562) 436-1579 |
| 19 | | Email: Charles.Parkin@longbeach.gov |
| 20 | Dated:  May 30, 2019 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 21 | | |
| 22 | | */s/ Erin Bernstein*<br>MARIA BEE |
| 23 | | Chief Assistant City Attorney<br>ERIN BERNSTEIN, SBN 231539 |
| 24 | | Supervising Deputy City Attorney<br>MALIA MCPHERSON |
| 25 | | Deputy City Attorney<br>City Hall, 6th Floor |
| 26 | | 1 Frank Ogawa Plaza<br>Oakland, California 94612 |
| 27 | | Telephone: (510) 238-3601<br>Fax: (510) 238-6500 |
| 28 | | Email: ebernstein@oaklandcityattorney.org |

| | | |
|---|---|---|
| 1 | Dated:  May 30, 2019 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| 2 | | |
| 3 | | */s/ John Luebberke*<br>SBN 164893 |
| 4 | | 425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202 |
| 5 | | Telephone: (209) 937-8333<br>Fax: (209) 937-8898 |
| 6 | | Email: John.Luebberke@stocktonca.gov |
| 7 | Dated:  May 30, 2019 | DANNIS WOLIVER KELLEY<br>SUE ANN SALMON EVANS |
| 8 | | KEITH A. YEOMANS |
| 9 | | */s/ Keith A. Yeomans*<br>Keith A. Yeomans |
| 10 | | *Attorneys for Plaintiff-Intervenor*<br>*Los Angeles Unified School District* |
| 11 | | |
| 12 | Dated:  May 30, 2019 | **MANATT, PHELPS & PHILLIPS, LLP**<br>By: */s/ Andrew Case* |
| 13 | | John F. Libby<br>John W. McGuinness |
| 14 | | Emil Petrossian |
| 15 | | Andrew Case (*pro hac vice*)<br>Ana Guardado |
| 16 | | 11355 West Olympic Boulevard<br>Los Angeles, California 90064 |
| 17 | | Telephone:  (310) 312-4000<br>Facsimile:  (310) 312-4224 |
| 18 | | |
| 19 | | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>Kristen Clarke |
| 20 | | Jon M. Greenbaum<br>Ezra D. Rosenberg |
| 21 | | Dorian L. Spence<br>1500 K Street NW, Suite 900 |
| 22 | | Washington, DC 20005<br>Telephone:  (202) 662-8600 |
| 23 | | Facsimile:  (202) 783-0857 |
| 24 | | **PUBLIC COUNSEL**<br>Mark Rosenbaum |
| 25 | | 610 South Ardmore Avenue<br>Los Angeles, California 90005 |
| 26 | | Telephone:  (213) 385-2977<br>Facsimile:  (213) 385-9089 |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail:  cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE
FOR JUST IMMIGRATION

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: May 30, 2019                     /s/ *Ana G. Guardado*
                                        ANA G. GUARDADO

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ Ana G. Guardado*
Ana G. Guardado