MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail: jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail: jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE
FOR JUST IMMIGRATION

*[Additional Counsel Listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.** | Case Nos. 3:18-cv-01865-RS |
| Plaintiffs, | 3:18-cv-02279-RS |
| v. | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR IMMEDIATE TELEPHONIC STATUS CONFERENCE** |
| **WILBUR L. ROSS, et al.,** | |
| Defendants. | Trial Date: January 7, 2019 |
| ---------------------------------------------------- | Dept: 3 |
| **CITY OF SAN JOSE, et al.,** | Judge: The Honorable Richard G. Seeborg |
| Plaintiffs, | Action Filed: March 26, 2018 |
| **WILBUR L. ROSS, et al.,** | |
| Defendants. | |

1

Plaintiffs in the above-captioned actions, State of California, City of San Jose and Black Alliance for Just Immigration ("Plaintiffs"), respectfully submit the following motion for administrative relief pursuant to Civil Local Rule 7-11.

Plaintiffs request a telephonic status conference with the Court on Friday, July 5, 2019, or as soon as the Court's schedule otherwise allows, recorded verbatim by a court reporter, to confirm the continued effect of this Court's permanent injunction, and the appropriate procedures and schedule for future proceedings in this case, if necessary. A status conference is necessary due to recent developments in related litigation and Defendants' contradictory statements regarding their intent to include a citizenship question on the 2020 Decennial Census.

On March 13, 2019, Defendants filed a notice of appeal of the final judgments in these related cases. On March 18, 2019, Defendants filed a petition for certiorari before judgment in the United States Supreme Court.

On June 27, 2019, the United States Supreme Court issued its opinion in the case of *Dept. of Commerce v. New York*, No. 18-966, holding that Secretary Ross' decision to add the citizenship question to the 2020 Census violates the Administrative Procedure Act due to his failure to disclose the basis of his decision. *Dept. of Commerce v. New York*, --- S. Ct.---, 2019 WL 2619473 (2019).

On June 28, 2019, the Supreme Court granted Defendants' petition for certiorari before judgment in these proceedings. Its order directed as follows: "The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Department of Commerce v. New York*, 588 U.S. ____ (2019)." *Ross v. California*, --- S. Ct.---, 2019 WL 1243674 (2019).

On July 2, 2019, Defendants represented in court and publicly that they had ordered the printing of census forms without the citizenship question and that they would no longer attempt to add the question to the 2020 Census. This representation was made in an email from Defendants' counsel to the New York Attorney General's Office (*see* Ex. 1 to Declaration of Gabrielle Boutin filed in *State of California et al. v. Ross et al.*, Case No. 18-cv-01865-RS, Doc. No. 215 ("Boutin Declaration")), in a conference before Judge Hazel in the District of Maryland (*see* Ex. 2 to

2

Boutin Declaration at 1-6 [transcript of July 3, 2019 conference referencing July 2 conference]), and in a statement to the press by Secretary Ross himself (*see, e.g.*, Mark Sherman & Jill Colvin, *Trump insists he's not dropping citizenship question effort*, Washington Post (July 3, 2019, 12:35 p.m.).

However, less than 24 hours later, Defendants reversed themselves in both the Maryland and New York census actions. *See* Ex. 2 at 10-12; Ex. 3 to Boutin Declaration [Defendants' letter to Judge Furman, *State of New York, et al., v. U.S. Department of Commerce*, 18-cv-2921, Doc No. 613]. They now state that the Departments of Justice and Commerce have "been asked to reevaluate all available options following the Supreme Court's decision," that they are currently performing that analysis, and that if they determine a path forward for including a citizenship question on the 2020 Census, Defendants may move the Supreme Court for further guidance. Ex. 3 at 1; Ex. 2 at 10-12.

In light of the uncertainty created by Defendants' inconsistent public statements and the importance of the issues before the Court, Plaintiffs respectfully ask the Court to schedule a telephonic status conference this Friday, July 5, 2019, or as soon thereafter as possible, recorded verbatim by a court reporter, to confirm that this Court's permanent injunction precluding Defendants "from including the citizenship question on the 2020 Census" remains in effect, to ascertain Defendants' position on the current posture of this case and their intentions regarding further efforts to include a citizenship question, and to clarify the appropriate procedures for future proceedings in this Court, if necessary. Given Defendants' repeated representations to this Court and the Supreme Court that printing of the final 2020 Census forms needed to begin by the end of June 2019, time is of the essence in this matter.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | Dated: July 3, 2019 |

**MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ John F. Libby*

John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case
Ana G. Guardado
Olufunmilayo O. Showole
Salvador E. Perez
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs* CITY OF SAN JOSE and
BLACK ALLIANCE FOR JUST IMMIGRATION

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Ana G. Guardado hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: July 3, 2019          */s/ Ana G. Guardado*
                                          Ana G. Guardado

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

_/s/ Ana G. Guardado_
Ana G. Guardado