JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530
Telephone: (202) 514-3301
Email: glenn.girdharry@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS,<br>Secretary of Commerce, *et al.*,<br><br>    Defendants. | Civil Case No. 3:18-cv-2279-RS<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS** |

1

*City of San Jose, et. al., v. Ross, et al.*, 18-cv-2279-RS
Notice of Withdrawal and Substitution of Counsel for Defendants

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Wilbur Ross, Jr., in his official capacity as Secretary of the U.S. Department of Commerce, United States Department of Commerce, Steven Dillingham, in his official capacity as Director of the U.S. Census Bureau, and U.S. Census Bureau, substitutes the below identified counsel in this matter.

Withdrawing as counsel for Defendants are: Kate Bailey, Marsha Edney, Stephen Ehrlich, Carol Federighi, John Griffiths, Martin Tomlinson, Carlotta Wells, and former DOJ attorney Brett Shumate. All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendants:

Christopher Bates, Glenn Girdharry, Colin Kisor, David Morrell, Christopher Reimer, Daniel Schiffer

United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW, Room 3141
Washington, DC 20530
(202) 514-3301
glenn.girdharry@usdoj.gov

Dated: July 8, 2019                          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Glenn M. Girdharry*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530
Telephone: (202) 514-3301
Email: glenn.girdharry@usdoj.gov

*City of San Jose, et. al.,v. Ross, et al.*, 18-cv-2279-RS
Notice of Withdrawal and Substitution of Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I certify that on July 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

    Executed on July 8, 2019, at Washington, DC.

                                                         By: *s/Glenn M. Girdharry*
                                                         GLENN M. GIRDHARRY
                                                         United States Department of Justice
                                                         Civil Division

3

*City of San Jose, et. al., v. Ross, et al.*, 18-cv-2279-RS
Notice of Withdrawal and Substitution of Counsel for Defendants