```
MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail:  jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail:  jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail:  epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
JON M. GREENBAUM (Bar No. CA 166733)
E-mail:  jgreenbaum@lawyerscommittee.org
EZRA D. ROSENBERG (*Pro Hac Vice*)
E-mail:  erosenberg@lawyerscommittee.org
DORIAN L. SPENCE (*Pro Hac Vice*)
E-mail:  dspence@lawyerscommittee.org
1500 K Street NW Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857
```

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California nonprofit corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,<br><br>          Defendants. | 3:18-cv-02279-RS<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Ctrm:    3<br>Judge:   The Honorable Richard G. Seeborg |

1  PLEASE TAKE NOTICE that SALVADOR E. PÉREZ of Manatt, Phelps & Phillips, LLP hereby withdraws as attorney of record for Plaintiffs.  Counsel of record for Plaintiffs otherwise remains the same.

Dated:   July 8, 2019

Respectfully submitted,

*/s/ Salvador E. Pérez*
Salvador E. Pérez (Bar No. CA 309514)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
E-mail:  seperez@manatt.com
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all counsel of record.

                              */s/ Salvador E. Pérez*
                              Salvador E. Pérez
                              MANATT, PHELPS & PHILLIPS, LLP