JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILBUR L. ROSS,<br>Secretary of Commerce, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-2279-RS<br><br>NOTICE OF APPEARANCE |

*City of San Jose v. Ross, et al.*, 18-cv-2279-RS
Notice of Appearance

1

1  PLEASE TAKE NOTICE of the entry of appearance of the following undersigned
2  Department of Justice Attorney as an attorney to be noticed for Defendants in the above-
3  captioned matter:

        Colin A. Kisor
        Attorney
        United States Department of Justice
        Civil Division
        950 Pennsylvania Avenue, NW, Room 3141
        Washington, DC 20530
        (202) 532-4331
        Colin.kisor@usdoj.gov

Dated: July 9, 2019        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        DAVID M. MORRELL
        Deputy Assistant Attorney General

        */s/Colin A. Kisor*
        CHRISTOPHER A. BATES
        GLENN M. GIRDHARRY
        COLIN A. KISOR
        CHRISTOPHER R. REIMER
        DANIEL A. SCHIFFER
        Attorneys
        United States Department of Justice
        Civil Division
        950 Pennsylvania Avenue, NW, Room 3141
        Washington, DC 20530
        Telephone: (202) 532-4331
        Email: colin.kisor@usdoj.gov

*City of San Jose v. Ross, et al.*, 18-cv-2279-RS
Notice of Appearance

**CERTIFICATE OF SERVICE**

    I certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

    Executed on July 9, 2019, at Washington, DC.

                                           By: *s/ Colin A. Kisor*
                                              COLIN A. KISOR
                                              United States Department of Justice
                                              Civil Division