MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail:  jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail:  jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail:  epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE
FOR JUST IMMIGRATION

*[Additional Counsel Listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-02279-RS<br><br>Honorable Richard G. Seeborg<br>Department 3<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING DEADLINES FOR PLAINTIFFS' FORTHCOMING MOTION FOR ATTORNEYS' FEES AND DEFENDANTS' OBJECTIONS TO PLAINTIFFS' BILL OF COSTS**<br><br>Action Filed:　March 26, 2018<br>Trial Date:　　January 7, 2019 |

Plaintiffs City of San Jose and Black Alliance for Just Immigration (collectively, "Plaintiffs") and defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly file this stipulation and request the Court's approval of the same, as follows:

WHEREAS, on March 22, 2019, the parties filed a Joint Stipulation and Order to Extend Time to File Bill of Costs and Motion for Attorneys' Fees, agreeing to extend the time to file a bill of costs and motion for attorneys' fees to 30 days after the issuance of the final, non-appealable administrative or judicial decision in this action (Docket No. 201) (the "March 22 Stipulation");

WHEREAS, on March 25, 2019, the Court issued an Order approving the parties' March 22 Stipulation and ordering "that the deadline to file a bill of costs and a motion for attorneys' fees shall be extended to 30 days after the issuance of the final, non-appealable administrative or judicial decision" (Docket No. 202) (the "March 25 Order");

WHEREAS, on August 1, 2019, the Court issued its Final Judgment After Remand, Order of Vacatur, and Permanent Injunction in this action (Docket No. 228) (the "August 1 Judgment");

WHEREAS, on August 9, 2019, the parties' respective counsel met and conferred telephonically and agreed in writing that the Court's August 1 Judgment triggered the 30-day deadline set forth in the March 25 Order, and that Plaintiffs' deadline to file a motion for attorneys' fees was September 3, 2019;

WHEREAS, on August 15, 2019, Plaintiffs filed their bill of costs (Docket No. 229), and Defendants' initial deadline to file objections to the bill of costs was August 29, 2019 (L.R. 54-2);

WHEREAS, with the Court's approval, the parties subsequently extended Plaintiffs' deadline to file their motion for attorneys' fees and Defendants' deadline to file their objections to Plaintiffs' bill of costs on a number of occasions to facilitate the parties' settlement discussions regarding the same (Docket Nos. 230–237);

WHEREAS, the parties have continued to meet and confer in good faith and are very close to reaching an agreement regarding Plaintiffs' forthcoming motion for attorneys' fees and pending bill of costs, but require additional time to finalize their agreement and reduce it to writing; and

WHEREAS, to facilitate the parties' further discussions regarding Plaintiffs' forthcoming fee motion and pending bill of costs, the parties hereby stipulate and jointly request to extend until November 8, 2019, both Plaintiffs' deadline to file a motion for attorneys' fees and Defendants' deadline to file their objections to Plaintiffs' bill of costs.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that Plaintiffs' deadline for filing a motion for attorneys' fees and Defendants' deadline for filing their objections to Plaintiffs' bill of costs shall be extended to **Friday, November 8, 2019**.

Respectfully submitted,

Dated: October 24, 2019            **MANATT, PHELPS & PHILLIPS, LLP**

By: /s/ John F. Libby
John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case
Ana G. Guardado
Olufunmilayo O. Showole
Mario R. Cardona
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

Dated: October 24, 2019

**UNITED STATES DEPARTMENT OF JUSTICE**

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

By: */s/ Carlotta P. Wells*
United States Department of Justice
Civil Division

1100 L Street, N.W., Room 11102
Washington, DC 20530
Phone: (202) 514-4522
Email: carlotta.wells@usdoj.gov

*Attorneys for Defendants*
WILBUR L. ROSS, UNITED STATES DEPARTMENT OF COMMERCE, DR. STEVEN DILLINGHAM, and UNITED STATES CENSUS BUREAU

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Mario R. Cardona hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated:  October 24, 2019                         */s/  Mario R. Cardona*
                                                                Mario R. Cardona

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2019, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated:  October 24, 2019                         */s/  Mario R. Cardona*
                                                                Mario R. Cardona

**ORDER**

The Court has received and reviewed the Stipulation and [Proposed] Order Re: Further Extending Deadlines for Plaintiffs' Forthcoming Motion for Attorneys' Fees and Defendants' Objections to Plaintiffs' Bill of Costs filed jointly by the parties.

NOW THEREFORE, for good cause shown, the Court hereby **ORDERS** that Plaintiffs' deadline for filing a motion for attorneys' fees and Defendants' deadline to file any objections to Plaintiffs' pending bill of costs (Docket No. 229) shall be, and is hereby extended to **Friday, November 8, 2019**.

**IT IS SO ORDERED.**

DATED: October 25, 2019

_____
Hon. Richard G. Seeborg
United States District Judge